UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GEORGE M. CROCKER III,<br><br>    Plaintiff<br><br>v.<br><br>CENTRAL MAINE MEDICAL CENTER<br>AND CENTRAL MAINE HEALTHCARE<br>CORPORATION,<br><br>    Defendant | CIVIL NO. 2:19-cv-00339-LEW |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorneys' fees, that were or could have been asserted therein, with prejudice and without costs. The parties further agree that the Court may retain jurisdiction relative to enforcement of the settlement agreement entered into between the parties. See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 382, 114 S.Ct. 1673 (1994).

Date:   May 26, 2021                                            Jointly Submitted,

/s/ *Daniel Rapaport*                                            /s/ *Kristin L. Aiello*
Daniel Rapaport, Esq.                                           Kristin L. Aiello, Esq.
PRETI FLAHERTY BELIVEAU & PACHIOS         DISABILITY RIGHTS MAINE
One City Center, P. O. Box 9546                           160 Capitol Street, Suite 4
Portland, ME  04112-9546                                     Augusta, ME  04330
(207) 791-3000                                                       (207) 626-2774 ext. 223
drapaport@preti.com                                            kaiello@drme.org

| | |
|---|---|
| /s/ *Laura Rideout* | /s/ *John P. Gause* |
| Laura Rideout, Esq. | John P. Gause, Esq. |
| PRETI FLAHERTY BELIVEAU & PACHIOS | EASTERN MAINE LAW |
| One City Center, P. O. Box 9546 | 23 Water Street, Suite 202 |
| Portland, ME  04112-9546 | Bangor, ME  04401 |
| (207) 791-3000 | (207) 947-5100 |
| LRideout@preti.com | jgause@easternmainelaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) using the CM/ECF system, and provided a copy of same to counsel of record.

May 26, 2021                                             /s/ *Kristin L. Aiello*
                                                         Kristin L. Aiello
                                                         Attorney for Plaintiff